**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:08-cr-387-T-26EAJ

TIMOTHY TAD SMITH

_____/

**O R D E R**

Upon due consideration of the parties' evidence and testimony, as well as their written submissions and oral arguments, and for the reasons announced on the record at the conclusion of the suppression hearing held this day, it is ordered and adjudged that Defendant's Motion to Suppress (Dkt. 20) is denied.

**DONE AND ORDERED** at Tampa, Florida, on November 25, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record