# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| TIMOTHY TAD SMITH | Case Number: 8:08-cr-387-T-26EAJ |
| | USM Number: 50350-018 |
| | _Dionja Dyer, AFPD_ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s)__One, Two & Three__ of the term of supervision.

_____ was found in violation of charge number(s)_ after denial of guilt.

| <u>Violation Charge Number</u> | <u>Nature of Violation</u> | <u>Violation Ended</u> |
|---|---|---|
| 1. | Failure to notify ten days prior to any change in residence | November 8, 2009 |
| 2. | Failure to comply with the Home detention program | November 7, 2009 |
| 3. | Failure to comply with the Home Detention Program | November 8, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_December 21, 2009_
Date of Imposition of Judgment

_[signature]_
RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

_December 21, 2009_
Date

| | |
|---|---|
| Defendant: TIMOTHY TAD SMITH | Judgment - Page 2 of 2 |
| Case No.: 8:08-cr-387-T-26EAJ | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **NINE (9) MONTHS** as to Violation Charge numbers One, Two and Three.

  __X__ The Court makes the following recommendations to the Bureau of Prisons:
    That the defendant be placed in a FCI facility located in Coleman, Florida.

  __X__ The defendant is remanded to the custody of the United States Marshal.

  _____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m. p.m. on _____.

  _____ as notified by the United States Marshal.

  _____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


              _____
              UNITED STATES MARSHAL

              By_____
              DEPUTY UNITED STATES MARSHAL